

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00394-CR

ALFRED RODRIGUEZ, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 9 of Harris County
(Tr. Ct. No. 1931465).

The cause heard today by the Court is an appeal from the judgment signed by the court below on April 9, 2014. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.